UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHERRY LEE, an individual,

    **Plaintiff,**

vs.                                              Case No. 2:11-cv-00714-UA-DNF

HQM OF FORT MYERS, LLC, a
Delaware limited liability corporation,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 25) of the Magistrate Judge recommending that Plaintiff's Motion for Entry of Default Judgment (Dkt. 13) be granted and final default entered in favor of the Plaintiff Sherry Lee and against Defendant HQM of Fort Myers, LLC in the amount of $50,057.44 in back pay, $20,000.00 in non-economic damages, $1,750.40 in front pay, and $5,602.50 in attorneys fees for the total amount of $77,410.34. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation (Dkt. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    (2)    Plaintiff's Motion for Entry of Default Judgment (Dkt. 13) is **GRANTED.**

(3)     The Clerk is directed to enter Final Default Judgment in favor of Plaintiff Sherry Lee and against Defendant HQM of Fort Myers, LLC in the amount of $50,057.44 in back pay, $20,000.00 in non-economic damages, $1,750.40 in front pay, and $5,602.50 in attorneys fees for the total amount of $77,410.34 upon which post-judgment interest shall accrue in accordance 28 U.S.C. § 1961.

(4)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 16th day of August, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties